

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2023

No. 04-22-00593-CR

**EX PARTE** Kristian **CAMPOS GARCIA**

From the County Court, Kinney County, Texas
Trial Court No. 10380CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file her reply brief is GRANTED. Appellant's reply brief is due March 1, 2023. Further extensions of time will be disfavored.

It is so **ORDERED** January 31, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT